

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-16-00136-CV

**IN RE ESTATE OF JOSEFINA ALEXANDER GONZALEZ**, Deceased

From the County Court at Law No. 2, Webb County, Texas
Trial Court No. 2014PB7000099 L2
Honorable Polly Jackson Spencer, Judge Presiding

PER CURIAM

Sitting:     Sandee Bryan Marion, Chief Justice
             Rebeca C. Martinez, Justice
             Luz Elena D. Chapa, Justice

Delivered and Filed:  September 21, 2016

VACATED AND REMANDED

        The parties have filed an Agreed Motion to Effectuate Settlement Agreement stating they have settled the underlying dispute.  The parties request that we set aside the trial court's judgment without regard to the merits and remand the cause to the trial court for rendition of judgment in accordance with the parties' settlement agreement.  The motion is granted.  The judgment of the trial court signed on December 18, 2015 is vacated, and the cause is remanded to the trial court for further proceedings.  TEX. R. APP. P. 42.1(a)(2)(B), 43.2(d).

                                        PER CURIAM